469 F.2d 1407
 U. S. ex rel. Giangrosso
v.
Henderson***
 No. 72-1372
 United States Court of Appeals, Fifth Circuit
 June 16, 1972
 
 1
 E.D.La.
 
 
 
 *
 Local Rule 21 cases: see N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966
 
 
 **
 This pro se case summarily disposed of, pursuant to this Court's Local Rule 9(c)(2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure, Kimbrough v. Beto, 5 Cir., 1969, 412 F.2d 981